Isabel Heneghan, appellee, v. Carson Pirie Scott and Company, appellant. Gen. No. 38,830.

Opinion filed May 26, 1936.
Robertson, Crowe & Spence, for appellant; Carl E. Abrahamson, of counsel. Charles E. Smith, for appellee; Irving R. Mandelson, of counsel.
Mr. Justice Friend delivered the opinion of the court.

The People of the State of Illinois ex rel. John S. Rusch, defendant in error, v. Henry Lynch et al., plaintiffs in error. Gen. No. 38,387.

Opinion filed May 26, 1936.
Haas & Leffmann, for plaintiffs in error; John F. Haas, of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; John F. Cashen, Jr., of counsel.
Mr. Justice John J. Sullivan delivered the opinion of the court.

The National Bank of the Republic, complainant, v. James K. Sweney et al., defendants.
Charles E. Bartley, appellant, v. Paul Corkell, appellee. Gen. No. 38,409.

Opinion filed May 26, 1936.
C. Lysle Smith, for appellant; John Alden Powers, of counsel. Milton Hart, for appellee; Max Raphael, of counsel.
Mr. Justice John J. Sullivan delivered the opinion of the court.